UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alexandra Tara McCabe,<br>   Plaintiff<br> v.<br>Sally Albright, et al.,<br>   Defendants | Civil Action No. 21-cv-368 (CKK) |

**RULE 4(m) ORDER**
(April 27, 2021)

 Plaintiff filed the Complaint in this action on February 10, 2021, against Defendants. *See* Compl., ECF No. 1. As of the date of this Order, the public docket reflects that Plaintiff has yet to file proof of service of Defendants. In this regard, the Court directs Plaintiff's attention to Federal Rule of Civil Procedure 4(m), which provides in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). "Unless service is waived, proof of service must be made to the court." Fed. R. Civ. P. 4(l)(1). In order to avoid the finality of a mandatory dismissal of this action against Defendants, it is, this 27th day of April, 2021, hereby

 **ORDERED** that, by no later than **May 11, 2021**, Plaintiff must either cause process to be served upon Defendants and proof of service to be filed with the Court or establish good cause for the failure to do so. Failure to make such filings will result in dismissal of this case.

 **SO ORDERED.**

                    /s/
                   COLLEEN KOLLAR-KOTELLY
                   United States District Judge