IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alexandra Tara McCabe <br><br> PLAINTIFF <br><br> vs. <br><br> Sally Albright <br><br> and <br><br> John Doe 1 a/k/a @HouseIsBorgia <br><br> John Doe 2 a/k/a "Kevin" <br><br> John Doe 3 a/k/a @RealKHiveQueenB <br><br> John Doe 4 a/k/a @LadyKay2You <br><br> John Does 5-20 <br><br> DEFENDANTS | ) <br> ) <br> ) <br> ) Civil Action No. 21-cv-368 <br> ) <br> ) <br> ) **MOTION TO EXTEND TIME FOR SERVICE** <br> ) <br> ) |

**MOTION TO EXTEND TIME FOR SERVICE OF THE COMPLAINT AND SUMMONS**

Plaintiff Alexandra McCabe respectfully requests an additional 90 days to accomplish service upon defendants. A memorandum in support of this motion is attached.

Respectfully submitted,

_____/s/_____
Daniel Hornal
D.C. Bar No. 1005381
Talos Law
527 Lyla Ln
Bellingham, WA 98225

(202) 709-9662
Daniel@taloslaw.com

Attorney for Plaintiff

# MEMORANDUM IN SUPPORT OF MOTION TO EXTEND TIME FOR SERVICE AND TO PERMIT ALTERNATIVE SERVICE

This lawsuit was filed on February 10, 2021, against Sally Albright and various John Does who participated in, contributed to or aided Ms. Albright's copyright infringement of Ms. McCabe's book "Left Out: When The Truth Doesn't Fit In." Ms. McCabe does not know the true names of the John Does because she only knows of them according to their Twitter usernames. Ms. McCabe plans to learn their identities through the discovery process after Ms. Albright is served.

Ms. McCabe has been making diligent efforts to serve Ms. Albright. An affidavit from a process server is attached as Exhibit 1, noting four attempts to serve her. As the affidavit notes, there is evidence that Ms. Albright's house is occupied, as the trash is being taken to the curb, however, nobody answers the door. An additional affidavit, documenting four more attempts to serve Ms. Albright, is attached as Exhibit 2. In addition to the efforts outlined in the affidavits, the undersigned mailed Ms. Albright a request for waiver of service via Certified Mail in compliance with Fed. R. Civ. P. 4(d) on March 19. It has still not been delivered. Tracking information is included as Exhibit 3. Seeing that the USPS failed to deliver the certified mail, a second attempt was made to request a waiver of service, this time via FedEx, on April 22. Tracking information indicates that the package was delivered on April 26. *See* Exhibit 4. The tracking information indicates that the package was again dropped off at a local FedEx facility in

Washington DC on May 10, to be returned to the undersigned. It is unknown as of this writing if the return is a signed waiver or service. Additionally, an attempt was made to serve Ms. Albright via Registered Mail, as allowed by D.C. Sup. R. Civ. P. 4(c)(4), on April 22. *See* Fed. R. Civ P. 4(e)(1) (service may be made by any method permitted by local courts of general jurisdiction). According to the USPS website, this mail was delivered, however, there is no tracking information available for the return receipt. *See* Exhibit 5.

    Ms. McCabe is requesting an additional 90 days to serve the defendants because diligent efforts have not yet been fruitful. Even after Ms. Albright is served, it will require some time to identify the John Does in discovery so they can be served.

    Respectfully submitted,

_____/s/_____
Daniel Hornal
D.C. Bar No. 1005381
Talos Law
527 Lyla Ln
Bellingham, WA 98225
(202) 709-9662
Daniel@taloslaw.com

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 11, 2021, a copy of the foregoing motion was filed via CM/ECF upon the court and all necessary parties.

                                                                             _____/s/_____  
                                                                            Daniel Hornal  
                                                                            DC Bar #1005381  
                                                                            Talos Law  
                                                                            527 Lyla Ln  
                                                                            Bellingham, WA 98225  
                                                                            (202) 709-9662  
                                                                            daniel@taloslaw.com