## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Alexandra Tara McCabe**

**Plaintiff**

Case No.: 1:21-cv-00368

vs.

**Sally Albright, et al.**

**Defendant**

## AFFIDAVIT OF DUE DILIGENCE

I, Vance M. Warren, Sr., a Private Process Server, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable serve Sally Albright with the above named process.

That on February 27, 2021 at 8:40 AM, I attempted to serve Sally Albright at 507 G Street, SW, Washington, DC 20024. On this occasion, I received no answer after knocking on the front door. In addition, I received no answer after knocking on the basement door.

That on March 4, 2021 at 9:17 AM, I attempted to serve Sally Albright at 507 G Street, SW, Washington, DC 20024. On this occasion, I again received no answer after knocking on the front door. In addition, I again received no answer after knocking on the basement door.

That on March 5, 2021 at 8:42 AM, I attempted to serve Sally Albright at 507 G Street, SW, Washington, DC 20024. On this occasion, I observed that a trash can had been placed on the curb in front of the home, however I again received no answer after knocking on the front door. In addition, I again received no answer after knocking on the basement door.

That on March 9, 2021 at 7:25 PM, I attempted to serve Sally Albright at 507 G Street, SW, Washington, DC 20024. On this occasion, I observed that the trash can had been removed from the curb, and return to the front yard, however I again received no answer after knocking on the front door. In addition, I again received no answer after knocking on the basement door. Finally, I rang the doorbell for 10 minutes, but no one answered the door after I rang.

I declare under penalty of perjury that this information is true.

3/31/2021
Executed On

Vance M. Warren, Sr.

Client Ref Number: N/A
Job #: 1586776

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

Exhibit 1