UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

**Alexandra Tara McCabe**

                                  **Plaintiff**

                                           Case No.: 1:21-cv-00368

                                          *vs.*

**Sally Albright, et al.**

                                  **Defendant**

## AFFIDAVIT OF DUE DILIGENCE

I, Vance M. Warren, Sr., a Private Process Server, having been duly authorized to make service of the Summons and Complaint for Damages and Injunctive Relief in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter. That I am the Custodian of Records of Capitol Process Services, Inc.

That after due search, careful inquiry and diligent attempt(s), we have been unable to serve Sally Albright with the above named documents.

That on April 28, 2021 at 12:59 PM, my agent, Ambiko Wallace attempted to serve Sally Albright at 507 G Street, SW, Washington, DC 20024. On this occasion, Mr. Wallace stated that he received no answer after knocking on the front door. In addition, Mr. Wallace stated that he received no answer after knocking on the basement door.

That on April 29, 2021 at 7:20 PM, I attempted to serve Sally Albright at 507 G Street, SW, Washington, DC 20024. On this occasion, I received no answer after knocking on the front door. In addition, I received no answer after knocking on the basement door.

That on May 1, 2021 at 9:33 AM, I attempted to serve Sally Albright at 507 G Street, SW, Washington, DC 20024. On this occasion, I again received no answer after knocking on the front door. In addition, I again received no answer after knocking on the basement door.

That on May 5, 2021 at 1:47 PM, I attempted to serve Sally Albright at 507 G Street, SW, Washington, DC 20024. On this occasion, I again received no answer after knocking on the front door. In addition, I again received no answer after knocking on the basement door.

I declare under penalty of perjury that this information is true.

5/10/2021
Executed On

Vance M. Warren, Sr.

Client Ref Number: N/A
Job #: 1589087

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

Exhibit 2