# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70192970000016905215

Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In Transit, Arriving Late

April 6, 2021

Get Updates ⌄

Feedback

---

Text & Email Updates ⌄

---

Tracking History ⌃

Exhibit 3

April 6, 2021
In Transit, Arriving Late
Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

April 2, 2021, 12:33 am
Departed USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

March 29, 2021, 1:00 pm
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

March 20, 2021, 7:15 am
Departed USPS Regional Facility
SEATTLE WA DISTRIBUTION CENTER

March 19, 2021, 9:25 pm
Arrived at USPS Regional Origin Facility
SEATTLE WA DISTRIBUTION CENTER

March 19, 2021, 5:51 pm
Departed Post Office
BELLINGHAM, WA 98225

March 19, 2021, 3:11 pm
USPS in possession of item
BELLINGHAM, WA 98225

Feedback

Product Information

See Less