

TRACK ANOTHER SHIPMENT

786313991388
ADD NICKNAME

# Delivered
## Tuesday, April 27, 2021 at 10:37 am

**DELIVERED**
Signature not required

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

**FROM**
BELLINGHAM, WA US

**TO**
MCLEAN, VA US

## Travel History

**TIME ZONE**
Local Scan Time

**Tuesday, April 27, 2021**

| | | |
|---|---|---|
| 10:37 AM | MCLEAN, VA | Delivered<br>Package delivered to recipient address - release authorized |
| 8:27 AM | HERNDON, VA | On FedEx vehicle for delivery |
| 7:13 AM | HERNDON, VA | At local FedEx facility |

**Monday, April 26, 2021**

| | | |
|---|---|---|
| 8:33 AM | HERNDON, VA | At local FedEx facility |
| 6:52 AM | HERNDON, VA | At local FedEx facility<br>Package not due for delivery |
| 6:25 AM | HERNDON, VA | At local FedEx facility |

**Saturday, April 24, 2021**

| | | |
|---|---|---|
| 9:43 AM | HERNDON, VA | At local FedEx facility |

Exhibit 4

| | | |
|---|---|---|
| 8:58 AM | HERNDON, VA | At local FedEx facility<br>Package not due for delivery |
| 7:15 AM | DULLES, VA | At destination sort facility |
| 4:44 AM | MEMPHIS, TN | Departed FedEx location |

Friday, April 23, 2021

| | | |
|---|---|---|
| 11:23 AM | MEMPHIS, TN | Arrived at FedEx location |

Thursday, April 22, 2021

| | | |
|---|---|---|
| 9:14 PM | SEATTLE, WA | At local FedEx facility |
| 5:20 PM | BELLINGHAM, WA | Left FedEx origin facility |
| 4:36 PM | BELLINGHAM, WA | Picked up |
| 5:28 PM | | Shipment information sent to FedEx |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 786313991388 | FedEx Express Saver | 0.5 lbs / 0.23 kgs |

| DELIVERED TO | TOTAL PIECES | TOTAL SHIPMENT WEIGHT |
|---|---|---|
| Residence | 1 | 0.5 lbs / 0.23 kgs |

| TERMS | INVOICE NUMBER | SHIPPER REFERENCE |
|---|---|---|
| Shipper | PKG ID: 269133 | DANIEL CORNELL |

| PACKAGING | SPECIAL HANDLING SECTION | SHIP DATE |
|---|---|---|
| FedEx Envelope | Deliver Weekday, Residential Delivery | 4/22/21 |

| STANDARD TRANSIT | ACTUAL DELIVERY |
|---|---|
| 4/27/21 by 8:00 pm | 4/27/21 at 10:37 am |