# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** RF308522672US

Remove ✕

Your item was delivered to an individual at the address at 12:45 pm on April 26, 2021 in WASHINGTON, DC 20024.

## ⊘ Delivered, Left with Individual

April 26, 2021 at 12:45 pm
WASHINGTON, DC 20024

Get Updates ⌄

---

Text & Email Updates 

---

Tracking History 

April 26, 2021, 12:45 pm
Delivered, Left with Individual
WASHINGTON, DC 20024
Your item was delivered to an individual at the address at 12:45 pm on April 26, 2021 in WASHINGTON, DC 20024.

April 26, 2021, 1:19 am
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

April 23, 2021, 8:27 pm
Arrived at USPS Facility

Exhibit 5

Feedback

DULLES, VA 20101

April 23, 2021, 1:10 am
Departed USPS Facility
SEATTLE, WA 98168

April 22, 2021, 9:35 pm
Arrived at USPS Regional Origin Facility
SEATTLE WA DISTRIBUTION CENTER

April 22, 2021, 6:40 pm
Departed Post Office
BELLINGHAM, WA 98226

April 22, 2021, 3:57 pm
USPS in possession of item
BELLINGHAM, WA 98226

Feedback

Product Information ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 9590940264440346576696

Remove ✕

Your package is on its way to a USPS facility. Sign up to **get updates**, and we'll send you a delivery date and time when available.

## Return Receipt Associated

April 22, 2021 at 3:57 pm

Get Updates ⌄

Feedback

---

Text & Email Updates  ⌄

---

Tracking History  ⌃

April 22, 2021, 3:57 pm
Return Receipt Associated
The U.S. Postal Service has received electronic notification on April 22, 2021 at 3:57 pm that you have associated a return receipt to your item.

---

Product Information  ⌃

| Postal Product: | Features: | See tracking for related item: RF308522672US |
| --- | --- | --- |
| First-Class Package Service - Retail | Return Receipt USPS Tracking® | (/go/TrackConfirmAction?tLabels=RF308522672US) |

**See Less ∧**

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback