# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alexandra Tara McCabe | ) |
| PLAINTIFF | ) |
| vs. | ) Civil Action No. 21-cv-368 (CKK) |
| Sally Albright | ) |
| and | ) **MOTION TO PERMIT SERVICE OF THE COMPLAINT AND SUMMONS UPON DEFENDANT SALLY ALBRIGHT VIA FED. R. CIV. P. 4(e) AND D.C. SUPR. CT. R. CIV. P 4(e)(3)(1)** |
| John Doe 1 a/k/a @HouseIsBorgia | ) |
| John Doe 2 a/k/a "Kevin" | ) |
| John Doe 3 a/k/a @RealKHiveQueenB | ) |
| John Doe 4 a/k/a @LadyKay2You | ) |
| John Does 5-20 | ) |
| DEFENDANTS | ) |

## MOTION TO PERMIT SERVICE OF THE COMPLAINT AND SUMMONS UPON DEFENDANT SALLY ALBRIGHT VIA FED. R. CIV. P. 4(e) AND DC SUPR. CT. R. CIV. P 4(e)(3)(1)

Plaintiff Alexandra McCabe respectfully requests that the court permit service of the complaint and summons by first-class mail, email and Twitter to Defendant Sally Albright, because Ms. McCabe has made diligent efforts to serve her, and Ms. Albright is frustrating and obstructing service of process by normal means. A memorandum of fact and law in support of this motion is attached.

            Respectfully submitted,

            _____/s/_____
            Daniel Hornal
            D.C. Bar No. 1005381
            Talos Law
            527 Lyla Ln
            Bellingham, WA 98225
            (202) 709-9662
            Daniel@taloslaw.com

            Attorney for Plaintiff

**MEMORANDUM IN SUPPORT OF MOTION TO PERMIT SERVICE OF THE COMPLAINT AND SUMMONS UPON DEFENDANT SALLY ALBRIGHT VIA FED. R. CIV. P. 4(e) AND D.C. SUPR. CT. R. CIV. P 4(e)(3)(1)**

  Fed. R. Civ. P. 4(e) states that a party may serve a defendant by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." D.C. Supr. Ct. R. Civ. P 4(e)(3)(1) states "if the court determines that, after diligent effort, a party has been unable to accomplish service by a method prescribed in Rule 4(c) or (e)(1)-(2), the court may permit an alternative method of service that the court determines is reasonably calculated to give actual notice of the action to the party to be served." As this motion will demonstrate, Ms. Albright has already been served multiple times by methods that have given actual notice to her of the lawsuit. In fact, Ms. Albright has publicly acknowledged that she is aware of the lawsuit. She simply has refused formal efforts at service in an attempt to obstruct justice. Ms. McCabe requests that the court refuse to countenance Ms. Albright's obstruction and permit alternative service.

  In her motion to extend time for service, Ms. McCabe noted the efforts she has made to

accomplish service on Ms. Albright. *See* Dkt. 6. The facts laid out in that motion are incorporated herein by reference. Ms. Albright resides at 507 G. St. SW, Washington, DC 20024, which has been confirmed by corporate registration information and other public database searches. *See, e.g.,* Exhibit 1, Corporation Registration Information (listing Ms. Albright as the registered agent for Capital Waterfront Group, with the registered agent address listed as 507 G. St. SW), Exhibit 2 (voter registration information), Exhibit 3 (Property Tax Assessment).

Before filing her request for an extension of time, Ms. McCabe sent a process server to Ms. Albright's house 8 times, but nobody answered the door. Additionally, Ms. Albright had been sent service both by certified mail and registered mail, as permitted by D.C. R. Civ. P. 4(c), and two requests for waiver of service were sent to Ms. Albright by First Class Mail and Federal Express. After that motion was filed, additional attempts were made to request a waiver of service. On May 19, the undersigned emailed the complaint and summons to Ms. Albright at the email address sally@sallyalbright.com, which her resume lists as her email address. See Exhibit 4, email. Ms. Albright controls Sallyalbright.com, as demonstrated by its listing on her Facebook page. *See* Exhibit 5. Ms. Albright never responded to the email. The undersigned also sent Ms. Albright a message on Facebook to inform her of her legal obligations to accept service and requesting her acknowledgment. *See* Exhibit 6. She did not respond. Soon after the motion was filed, the Federal Express, registered mail and certified mail services were returned, having been refused by Ms. Albright.[1] The undersigned additionally sent text messages to Ms. Albright's phone informing her of her obligation to respond to service and notifying her that she would be responsible for the costs incurred if she refused to do so. She never responded.

---

1   The mail arrived with the recipient having written "Return to Sender" upon it, in adult handwriting. It therefore appears that Ms. Albright has in fact been served, as it was delivered to a person of suitable age and discretion at her address.

As noted in the complaint, Sally Albright controls the account "@SilentAmuse" on Twitter, and used said account to distribute Ms. Albright's book illegally. On May 29, Ms. Albright tweeted the following. "For the record, I thought she withdrew the lawsuit. That's what the court said when I called about the google alert. And no one has tried to serve me." *See* Exhibit 7. On June 28, in an attempt to convince Ms. Albright to meet her legal obligations to accept service, the undersigned created a Twitter account and sent the following messages in reply to the tweet:

> 1/6 Hi Sally. This is Daniel, Ms. Reade's lawyer. This tweet just came to my attention and was very perplexing. The court did not tell you anyone withdrew the lawsuit, and you know it. A process server has been to your house 8 times, but nobody came to the door.
>
> 2/6 We know you were in town, because the garbage was being taken out and brought back in. I have sent you service of the lawsuit several times via USPS and FedEx, but they came back with you having written "return to sender" on the envelopes.
>
> 3/6 I also emailed you and sent you Facebook messages but you never replied to them.  In those messages, and in letters sent via regular post (which were not returned to sender) I wrote that because we requested a waiver in accordance with the Federal Rules,
>
> 4/6 any cost of service from here on out will be born by you. So if we have to hire a private investigator to shadow you, it will ultimately be on your dime. Dodging service is not looked upon favorably by the courts. You can remedy this. If you want to avoid unnecessary expense and embarrassment,
>
> 5/6 and meet your legal obligations to cooperate with service attempts (see Fed. R. Civ. P. 4), please return the waiver form. I know you have it, but another copy is here: https://www.dropbox.com/s/tbbcevbzazdlmt3/waiver%20of%20servive%20request%20twitter.pdf?dl=0
>
> 6/6 If you'd rather meet a process server in a public place, I'm happy to arrange that as well. The easiest thing would be to email me at the address on the complaint and I'll make it happen. I'll also watch my DMs.

*See* https://twitter.com/LawTalos/with_replies.

The next day, Ms. Albright deleted her tweet. *See* Exhibit 8.



Ms. Albright has known about the lawsuit from the day after it was filed. As the tweet below demonstrates, she did not just know about it, but she doubled down on her illegal conduct in the wake of the filing of the suit. *See* Exhibit 9.



She has made a mockery of the court by falsely stating that the Clerk told her this lawsuit had been dismissed, and by claiming that nobody had tried to serve her despite this court's finding that diligent efforts for service have been made. *See* Minute Order, May 12, 2021. She showed her general contempt for the law by continuing her distribution of Ms. McCabe's copyrighted book even after this suit was filed.

Under D.C. Supr Ct. R. Civ P. 4(e), once diligent attempts at service have been made, the court may permit an alternative method of service that the court determines is reasonably calculated to give actual notice of the action to the party to be served. Ms. Albright is an obsessive Twitter user who has made, as of the time of writing, at least 61,500 tweets on an account that was created in late 2020, after her old account @SallyAlbright was suspended for

violating the Twitter terms of Service.



She has already demonstrated via public posts on Twitter that she is aware of the lawsuit.[2] By deleting the tweet falsely claiming that nobody tried to serve her soon after the undersigned replied to it, she demonstrated that she reads messages made in reply to her Twitter comments. Therefore, public tweets made @ SilentAmuse are reasonably calculated to give her actual notice of the lawsuit.

For the foregoing reasons, Ms. McCabe respectfully requests permission to serve Ms. Albright by doing the following:

---

2   She also demonstrated that she is more than willing to make false statements "for the record."

1) Sending her, via first-class mail, yet another copy of the complaint and summons, along with the order granting this motion.

2) Tweeting the same @ SilentAmuse.

3) Emailing the same to sally@sallyalbright.com.

Respectfully submitted,

_____/s/_____
Daniel Hornal
D.C. Bar No. 1005381
Talos Law
527 Lyla Ln
Bellingham, WA 98225
(202) 709-9662
Daniel@taloslaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2021, a copy of the foregoing motion was filed via CM/ECF upon the court and all necessary parties.

_____/s/_____
Daniel Hornal
DC Bar #1005381
Talos Law
527 Lyla Ln
Bellingham, WA 98225
(202) 709-9662
daniel@taloslaw.com