View: Results List | **Full**

Public Records > Voter Registration > Search Results > Voter Registration Report
Terms: first-name(**Sally**) last-name(**Albright**) city(**Washington**) state(**DC**) zip code(**20024**) ( Edit Search | New Search )

   1 of 3

**Further Searches**
Locate a Person (Nationwide)
Real Property

## Voter Registrations

### 1. District of Columbia Voter Registration

**Registrant Information**

| | |
|---:|:---|
| Name: | ALBRIGHT, SALLY LAMAR |
| Residential Address: | 507 G ST SW |
| | WASHINGTON, DC 20024-2723 |
| | D.C COUNTY |
| Home Phone: | 2024214555 |
| SSN: | XXX-XX-XXXX |
| Date of Birth: | ●/1971 |
| Age: | 45-54 |

**Voter Information**

| | |
|---:|:---|
| Registration Date: | 08/16/2007 |
| Last Vote Date: | 11/03/2020 |
| Party Affiliation: | DEMOCRAT |
| Active Status: | ACTIVE |