IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alexandra Tara McCabe<br><br>PLAINTIFF<br>vs.<br><br>Sally Albright<br><br>and<br><br>John Doe 1 a/k/a @HouseIsBorgia<br><br>John Doe 2 a/k/a "Kevin"<br><br>John Doe 3 a/k/a @RealKHiveQueenB<br><br>John Doe 4 a/k/a @LadyKay2You<br><br>John Does 5-20<br><br>DEFENDANTS | Civil Action No. 21-cv-368 (CKK)<br><br>**MOTION TO PERMIT SERVICE OF THE COMPLAINT AND SUMMONS UPON DEFENDANT SALLY ALBRIGHT VIA FED. R. CIV. P. 4(e) AND D.C. SUPR. CT. R. CIV. P 4(e)(3)(1)** |

### MOTION TO AMEND MOTION TO PERMIT SERVICE OF THE COMPLAINT AND SUMMONS UPON DEFENDANT SALLY ALBRIGHT VIA FED. R. CIV. P. 4(e) AND DC SUPR. CT. R. CIV. P 4(e)(3)(1)

Plaintiff Alexandra McCabe respectfully requests that the court amend her Motion to permit alternative service (Dkt #7) to append the attached proposed order to the motion. The proposed order clarifies the relief requested in the motion and, if adopted, would make Ms. Albright's obligations plain. A memorandum of fact and law in support of this motion is attached.

Respectfully submitted,

_____/s/_____
Daniel Hornal
D.C. Bar No. 1005381
Talos Law
527 Lyla Ln
Bellingham, WA 98225
(202) 709-9662
Daniel@taloslaw.com

Attorney for Plaintiff

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO AMEND MOTION TO PERMIT SERVICE OF THE COMPLAINT AND SUMMONS UPON DEFENDANT SALLY ALBRIGHT VIA FED. R. CIV. P. 4(e) AND D.C. SUPR. CT. R. CIV. P 4(e)(3)(1)**

The court may grant this motion under its inherent power to manage its own docket.

Respectfully submitted,

_____/s/_____
Daniel Hornal
D.C. Bar No. 1005381
Talos Law
527 Lyla Ln
Bellingham, WA 98225
(202) 709-9662
Daniel@taloslaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2021, a copy of the foregoing motion was filed via CM/ECF upon the court and all necessary parties.

_____/s/_____
Daniel Hornal
DC Bar #1005381
Talos Law
527 Lyla Ln
Bellingham, WA 98225
(202) 709-9662
daniel@taloslaw.com