## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alexandra Tara McCabe | ) |
| | ) |
| PLAINTIFF | ) |
| v. | ) Civil Action No. 21-cv-368 (CKK) |
| | ) |
| Sally Albright et al. | ) **ORDER** |
| | ) |
| DEFENDANTS | ) |
| | ) |

### [proposed] ORDER PERMITTING ALTERNATIVE SERVICE OF THE COMPLAINT AND SUMMONS UPON DEFENDANT SALLY ALBRIGHT

Upon consideration of Plaintiff's Motion to Permit Service of the Complaint and Summons Upon Defendant Sally Albright via Fed. R. Civ. P. 4(e) and D.C. Supr. Ct. R. Civ P. 4(e)(3)(1), it is hereby **ORDERED** that the motion is granted.

Plaintiff shall send Ms. Albright a copy of the complaint and summons along with a copy of this order via first-class mail, and shall tweet the same at Defendant Albright using her handle @SilentAmuse, and shall email the same to sally@sallyalbright.com. Plaintiff shall then file a certification that the above actions have been completed. Upon the court's receipt of said certification, Ms. Albright will be deemed to have been served, and shall have 21 days to answer or otherwise respond to the complaint. If she does not respond to the lawsuit within 21 days, the court may enter a default.

Entered this _____ day of _____, 2021

By_____
Hon. Colleen Koller-Kotelly
United States District Judge

Page 1 of 1