## AFFIDAVIT OF SERVICE

| Case:<br>1:21-cv-00368-CKK | Court:<br>United States District Court for The District of Columbia | County:<br>District Of Columbia, DC | Job:<br>6286763 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Alexandra Tara McCabe | | **Defendant / Respondent:**<br>Sally Albright | |
| **Received by:**<br>CPI - Columbia Process and Investigative Services LLC | | **For:**<br>Talos Law | |
| **To be served upon:**<br>Sally Albright | | | |

I, Marquis Harris, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Sally Albright, 507 G Street SW, Washington, DC  20024

**Manner of Service:**

**Documents:**                Summons, Complaint

**Additional Comments:**

On November 01, 2021 at 9:32 AM, I served the Defendant, Sally Albright, the referenced documents at the referenced address via service upon the Defendant's Co-resident, Arthur McCormick, who resides at the referenced address and is of suitable age and discretion to accept service on behalf of the Defendant. Arthur McCormick informed me that the Defendant, Sally Albright, was at the residence, but would not come to the door, as she was in bed.  Research with the DC Real Property Assessment Records shows that she owns the property at the referenced address.

Arthur McCormick is Black Male with a bald head.  Mr. McCormick is approximately 5'10", 200 pounds, and in his 40's.

On October 30, 2021 at 4:34 PM, I attempted to serve the Defendant, Sally Albright, at the referenced address, but there was no answer.  I did observe a package at the door addressed to the Defendant, Sally Albright, and when I returned on November 01, 2021 at 9:32 AM, the package was gone.

I do solemnly declare and affirm under the penalty of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

_____  11-4-2021
Marquis Harris                      Date

CPI - Columbia Process and Investigative Services LLC
5406 Connecticut Avenue, N.W. Suite 108
Washington, DC 20015