Sally Albright *In Pro Persona*

109RC Dagsworthy Street

Dewey Beach, DE 19971

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRA TARA MCCABE ) | |
| PLAINTIFF ) | |
| VS. ) | CIVIL ACTION NO. 1:21-CV-00368 |
| ) | |
| SALLY ALBRIGHT ) | ANSWER FOR DAMAGES AND |
| JOHN DOE 1. Aka @HOUSEIS BORGIA ) | INJUNCTIVE RELIEF |
| JOHN DOE 2. Aka "KEVIN" ) | |
| JOHN DOE 3. Aka ) | |
| @REALKHIVEQUEENB ) | |
| JOHN DOE 4. Aka @LADYKAY2YOU ) | |
| JOHN DOES 5 TO 20 ) | |
| DEFENDANTS ) | |
| ) | |

### DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

COMES NOW DEFENDANT, Sally Albright, *in Pro Persona*, and hereby answer the allegations of Plaintiffs' Complaint as Follows:

### INTRODUCTION

1. Defendant denies the allegations contained in paragraph 1 of the Complaint.

2. Defendant denies the allegations contained in paragraph 2 of the Complaint.

## THE PARTIES

3. Defendant denies the allegations contained in paragraph 3 of the Complaint.

4. Defendant denies the allegations contained in paragraph 4 of the Complaint.

5. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 5, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

6. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 6, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

7. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 7, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

8. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 8, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

9. Defendant denies the allegations contained in paragraph 9 of the Complaint.

## JURISDICTION, VENUE, AND FORUM

10. Defendant reserves on the issue of jurisdiction, venue and forum pending the development of relevant information through discovery, investigation or at trial.

11. Defendant reserves on the issue of jurisdiction, venue and forum pending the development of relevant information through discovery, investigation or at trial.

## VICARIOUS LIABILITY ALLEGATIONS

12. Defendant denies the allegations contained in paragraph 12 of the Complaint.

13. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 13, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

14. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 14, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

## FACTUAL ALLEGATIONS

15. Defendant denies the allegations contained in paragraph 15 of the Complaint.

16. Defendant denies the allegations contained in paragraph 16 of the Complaint.

17. Defendant denies the allegations contained in paragraph 17 of the Complaint.

18. Defendant denies the allegations contained in paragraph 18 of the Complaint.

19. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 19, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

20. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 20, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

21. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 21, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

22. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 22, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

23. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 23, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

24. Defendant denies the allegations contained in paragraph 24 of the Complaint

25. Defendant denies the allegations contained in paragraph 25 of the Complaint

26. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 26, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

27. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 27, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

28. Defendant denies the allegations contained in paragraph 28 of the Complaint

29. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 29, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

30. Defendant denies the allegations contained in paragraph 30 of the Complaint

31. Defendant denies the allegations contained in paragraph 31 of the Complaint

32. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 32, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

33. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 33, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

34. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 34, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

35. Defendant denies the allegations contained in paragraph 35 of the Complaint

## COUNT 1
## COPYRIGHT INFRINGEMENT/VIOLATION OF EXCLUSIVE RIGHT TO REPRODUCE COPYRIGHTED MATERIAL
(Against Defendants Albright, John Does 1-20)

36. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 36, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

37. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 37, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

38. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 38, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

39. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 39, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until

Proof has been made, Defendant denies this allegation.

40. Defendant denies the allegations contained in paragraph 40 of the Complaint

41. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 41, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

42. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 42, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

43. Defendant denies the allegations contained in paragraph 43 of the Complaint

44. Defendant denies the allegations contained in paragraph 44 of the Complaint

## COUNT 2
## COPYRIGHT INFRINGEMENT/VIOLATION OF EXCLUSIVE RIGHT OF PUBLIC PERFORMANCE/RIGHT TO CREATE DERIVATIVE WORKS
(Against Ms. Albright, John Does 1 and 2)

45. Defendant denies the allegations contained in paragraph 45 of the Complaint

46. Defendant denies the allegations contained in paragraph 46 of the Complaint

47. Defendant denies the allegations contained in paragraph 47 of the Complaint

48. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 48, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

49. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 49, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation.

50. Defendant denies the allegations contained in paragraph 50 of the Complaint

51. Defendant denies the allegations contained in paragraph 51 of the Complaint

## COUNT 3

### CONTRIBUTORY CORYRIGHT INFRINGEMENT
(Against All Defendants)

52. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 52, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation

53. Defendant denies the allegations contained in paragraph 53 of the Complaint

54. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 54, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation

55. Defendant is without sufficient information or knowledge at this time upon which to form a belief as to the truth of the facts contain in paragraph 55, and, therefore, to the extent they are material as to these defendants, proof thereof is demanded. Until Proof has been made, Defendant denies this allegation

## AFFIRMATIVE DEFENSES

Defendants make the following affirmative defenses with as much certainty as allowed prior to discovery.

### FIRST AFFIRMATIVE DEFENSE

AS A FIRST SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendant is informed and believes, and thereon alleges, that the Complaint fails to state facts sufficient to constitute a cause of action against said Defendant.

### SECOND AFFIRMATIVE DEFENSE

AS A SECOND SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendant is informed and believes, and thereon alleges, that the Complaint is uncertain.

### THIRD AFFIRMATIVE DEFENSE

AS A THIRD SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendant is informed and believes, and thereon alleges, that Plaintiff's damages, if any, were proximately caused by Plaintiff's own fraud and/or misconduct and, therefore, Plaintiff's claim is barred.

### FOURTH AFFIRMATIVE DEFENSE

AS AN FOURTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendant is informed and believes, and thereon alleges, that Plaintiff failed to allege any actual or proximate cause between the alleged acts or omissions of Defendant and Plaintiff's alleged losses.

## FIFTH AFFIRMATIVE DEFENSE

AS A FIFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendant is informed and believes, and thereon alleges, that if any misrepresentations or omissions were made, which Defendant denies, each such misrepresentation or omission was not material to the damages sought by the Plaintiffs.

## SIXTH AFFIRMATIVE DEFENSE

AS A SIXTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendant is informed and believes, and thereon alleges, that Plaintiffs is estopped to now seek the relief requested in the Complaint.

## SEVENTH AFFIRMATIVE DEFENSE

AS A SEVENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendant is informed and believes, and thereon alleges, that each of the causes of action contained in the Complaint is barred by the doctrine of laches.

## EIGHTH AFFIRMATIVE DEFENSE

AS A EIGHTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendant is informed and believes, and thereon alleges, that each of the causes of action alleged by Plaintiff in the Complaint is barred by the doctrine of unclean hands.

## NINTH AFFIRMATIVE DEFENSE

AS A NINTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendant is informed and believes, and thereon alleges, that each of the causes of action contained in the Complaint is barred by the doctrine of *in pari delicto*.

## TENTH AFFIRMATIVE DEFENSE

AS A TENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, Defendant is informed and believes, and thereon alleges, that each of the causes of action and all allegations alleged by Plaintiff in the Complaint(though not admitted) would be allowed under 17 U. S. Code Section 107 Limitation of exclusive rights under copyright; and as such "fair use" pursuant to Federal Copyright Law.

## PRAYER

WHEREFORE, Defendants pray for judgment herein as follows:

1. That Plaintiffs take nothing by way of its Complaint on file herein;
2. For all costs of suit and attorneys' fees incurred by Defendant in the defense of this suit;
3. Attorneys frees according to statute; and
4. For such other and further relief as the Court may deem just and proper under the circumstances and/or according to proof.

Dated: 11/22/2021

By: _____

Sally Albright

Defendant *in Pro Persona*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed and sen 22nd day

of November, 2021 to:

**Daniel Hornal**
**TALOS LAW**
527 Lyla Lane
Bellingham, WA 98225
Email: daniel@taloslaw.com

_____
George Braun

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed and sen 22nd day

of November, 2021 to:

**Daniel Hornal**
**TALOS LAW**
527 Lyla Lane
Bellingham, WA 98225
Email: daniel@taloslaw.com

_____
George Braun