Motion to Continue
21cv368 McCabe v Albright et al

Regarding our scheduling conference on May 26, I'd like to respectfully ask the court if I can have more time. Despite my best efforts, and with several people trying to help me, I have still been unable to find an attorney. I thought I had someone lined up but I haven't been able to confirm. I am not capable of making decisions about timing or the plaintiff's discovery questions without someone to advise me.

Thank you,

*Sally Albright*
Sally Albright