IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alexandra Tara McCabe <br><br> PLAINTIFF <br><br> vs. <br><br> Sally Albright *et al.* <br><br> DEFENDANTS | Civil Action No. 21-cv-368 <br><br> **RESPONSE TO MOTION TO CONTINUE THE HEARING** |

## MOTION TO EXTEND TIME FOR SERVICE OF THE COMPLAINT AND SUMMONS

    Plaintiff does not oppose Ms. Albright's motion to continue the hearing. Plaintiff further notes that Ms. Albright publicly acknowledged that she was aware of this lawsuit within days of it originally being filed on February 10, 2021, and actively dodged service for nearly a year. *See* Dkt. 7, Motion for Alternative Service. Ms. Albright was served on November 1, 2021, more than 6 months ago. *See* Dkt. 10., Affidavit of Service. Ms. Albright has had more than ample opportunity to retain an attorney, and no indulgences should be granted based on her failure to do so.

    Plaintiff requests that, should the court grant Ms. Albright's motion, that the court also remind Ms. Albright that other deadlines are not stayed, and that Ms. Albright is obligated to respond to the discovery requests she has recieved within 30 days of receipt, regardless of when or if she retains an attorney.

Respectfully submitted,

_____/s/_____
Daniel Hornal

D.C. Bar No. 1005381
Talos Law
527 Lyla Ln
Bellingham, WA 98225
(202) 709-9662
Daniel@taloslaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 25, 2022, a copy of the foregoing motion was filed via CM/ECF upon the court and served via email upon the defendant.

                                                              _____/s/_____
                                                  Daniel Hornal
                                                  DC Bar #1005381
                                                  Talos Law
                                                  527 Lyla Ln
                                                  Bellingham, WA 98225
                                                  (202) 709-9662
                                                  daniel@taloslaw.com