IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRA TARA MCCABE<br><br>    Plaintiff,<br><br>vs.<br><br>SALLY ALBRIGHT,<br><br>    Defendant. | Civil Action No. 21-CV-368 |

## NOTICE OF APPEARANCE OF COUNSEL

    Now Comes Sunni R. Harris, Esq., and the law firm of Dinsmore & Shohl LLP and hereby give notice of their appearance as counsel on behalf of Defendant Sally Albright, in the above captioned matter.

    Respectfully submitted,

/s/ Sunni Harris
Sunni R. Harris (Bar No. 1032455)
DINSMORE & SHOHL LLP
801 Pennsylvania Avenue, Suite 610
Washington, DC 20004
Phone:  (202) 372-9100
Fax:    (202) 372-9141
Dated: July 22, 2022    Email:  sunni.harris@dinsmore.com

## CERTIFICATE OF SERVICE

    I hereby certify that on July 22, 2022 a copy of the foregoing Notice of Appearance was electronically filed via the Court's electronic filing system, and served upon the attorneys of record.

                                                        /s/ Sunni R. Harris