IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRA TARA MCCABE, | ) <br> ) |
| *Plaintiff,* | ) <br> ) |
| | ) Civil Action No. 1:21-cv-368-CKK |
| *v.* | ) <br> ) |
| SALLY ALBRIGHT and <br> JOHN DOES 1-20, | ) <br> ) <br> ) |
| *Defendants.* | ) <br> ) |

## NOTICE OF APPEARANCE OF COUNSEL

Now Comes Philip L. Hirschhorn, and the law firm Panitch Schwarze Belisario & Nadel LLP and hereby give notice of their appearance as counsel on behalf of Defendant Sally Albright in the above-captioned matter.

Respectfully submitted,

Dated: August 1, 2022

*/s/ Philip L. Hirschhorn*
Philip L. Hirschhorn
PANITCH SCHWARZE BELISARIO & NADEL LLP
Two Commerce Square
2001 Market Street, Suite 2800
Philadelphia, PA 19103-7044
Tel: (215) 965-1330
Fax: (215) 965-1331
phirschhorn@panitchlaw.com

**Counsel for Defendant Sally Albright**

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all counsel of record.

                                                  */s/ Philip L. Hirschhorn*
                                                  Philip L. Hirschhorn

                                                  ***Counsel for Defendant Sally Albright***