IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRA TARA MCCABE<br><br>    Plaintiff,<br><br>vs.<br><br>SALLY ALBRIGHT,<br><br>    Defendant. | Civil Action No. 21-cv-368 |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice of the withdrawal of Sunni R. Harris and the law firm Dinsmore & Shohl LLP as counsel of record for Defendant Sally Albright. As evidenced by the Notice of Entry of Appearance filed on August 1, 2022, Ms. Albright is now represented by Philip L. Hirschhorn of Panitch Schwarze Belisario & Nadel LLP. All future correspondence, pleadings and filings in this case and any other documents required to be served should be served in compliance with the referenced Notice.

Respectfully submitted,

/s/ _____
Defendant Sally Albright

/s/ *Sunni Harris* _____
Sunni R. Harris (Bar No. 1032455)
DINSMORE & SHOHL LLP
801 Pennsylvania Avenue, Suite 610
Washington, DC  20004
Phone:   (202) 372-9100
Fax:        (202) 372-9141
Email:    sunni.harris@dinsmore.com

Dated: August 3, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2022 a copy of the foregoing was electronically filed via the Court's electronic case management system (CM/ECF), and served upon the attorneys of record.

/s/ Sunni R. Harris

25733117.1