IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRA MCCABE,<br><br>   *Plaintiff,*<br><br>   *v.*<br><br>SALLY ALBRIGHT, et al.,<br><br>   *Defendants.* | Civil Action No. 1:21-cv-368-CKK |

## STIPULATION AND ORDER REGARDING INITIAL DISCLOSURES

Plaintiff Alexandra Tara McCabe ("Plaintiff" or "McCabe") and Defendant Sally Albright ("Defendant" or "Albright") (collectively, "the Parties") hereby stipulate and agree that the Parties shall not be required to serve Initial Disclosures in this matter.

**Respectfully submitted,**

Dated: August 8, 2022

*s/* Daniel Hornal (D.C. Bar No. 1005381)
TALOS LAW
527 Lyla Lane
Bellingham, WA 98225
(202) 709-9662
daniel@taloslaw.com

*/Counsel for Plaintiff, Alexandra McCabe*

/s/ Philip L. Hirschhorn
Philip L. Hirschhorn
Erin M. Dunston
PANITCH SCHWARZE BELISARIO & NADEL LLP
Two Commerce Square
2001 Market Street, Suite 2800
Philadelphia, PA 19103-7044
Tel: (215) 965-1330
Fax: (215) 965-1331

phirschhorn@panitchlaw.com
edunston@panitchlaw.com

***Counsel for Defendant, Sally Albright***

So Ordered: _____