IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALEXANDRA MCCABE,<br><br>*Plaintiff,*<br><br>v.<br><br>SALLY ALBRIGHT, et al.,<br><br>*Defendants.* | Civil Action No. 1:21-cv-368-CKK |

## JOINT DISCOVERY PLAN

Plaintiff Alexandra Tara McCabe ("Plaintiff" or "McCabe") and Defendant Sally Albright ("Defendant" or "Albright") (collectively, "the Parties") file this Joint Discovery Plan pursuant to this Court's Scheduling and Procedures Order entered July 25, 2022 (the "Scheduling Order")(ECF 19).

1. **Certification:** The Parties certify that they have conferred regarding this proposed Joint Discovery Plan.

2. **Discovery Plan:** The Parties intend to seek discovery regarding all material allegations, claims, and defenses contained in the pleadings and any amendments thereto. If acceptable to the Court, the Parties propose the following Discovery Plan and deadlines:

    a. **Initial Document Production:** By no later than November 10, 2022, the Parties shall substantially complete initial document production.

    b. **Protective Order:** The Parties agree that discovery of confidential information is likely to occur, but disagree on whether a protective order should be entered in this case. The Parties will address confidentiality on a

  case-by-case basis in accordance with the Federal Rules of Civil Procedure and Local Rules.

c. **Written Discovery:** All written discovery shall be served by the Parties no later than sixty (60) days before the close of the discovery period.

d. **Fact Depositions:** All fact depositions shall be scheduled, based on availability, during the discovery period. The Parties agree to work cooperatively when scheduling fact depositions. The Parties agree that, if neither Party retains experts, fact depositions can continue until the close of discovery.

e. **Expert Disclosures:** Without the benefit of discovery, the Parties are uncertain whether experts will be necessary in this case. If experts are necessary, the Parties shall make expert disclosures as required by Federal Rule of civil Procedure 26(a)(2) by not later than May 9, 2023.

f. **Expert Depositions:** All expert depositions shall be scheduled, based on availability, between June 1, 2023 and July 1, 2023. The Parties agree to work cooperatively when scheduling expert depositions and may jointly agree to allow experts depositions to take place after July 1, 2023, if required to reasonably accommodate the schedules of experts and counsel.

g. **Close of Discovery:** The Parties agree that all discovery shall be completed by July 21, 2023.

h. **Privilege:** The Parties acknowledge that there may be limited issues relating to claims of privilege once discovery commences. The parties agree that they will address each issue on a case-by-case basis.

3. **Limitations on Discovery:**

   a. **Interrogatories:** In accordance with Federal Rule of Civil Procedure 33(a), each Party may not serve on any other Party more than twenty-five (25) interrogatories, including parts and subparts, without leave of court.

   b. **Depositions:** Plaintiff and Defendant shall each be limited to ten (10) depositions. If the Parties perceive the need for additional depositions based on the information learned in discovery, the Parties will confer regarding additional depositions, and, if necessary, seek leave of the Court. In accordance with the Scheduling Order, no deposition may last more than seven (7) hours (exclusive of breaks), except by leave of the Court or stipulation of the parties.

4. **Third Party Discovery:** The Parties agree that if either Party receives documents or information from a third party, via subpoena or otherwise, the receiving Party shall promptly provide notice of the receipt of such documents or information and make such documents or information available to the non-receiving party within seven (7) business days.

5. **Discovery Disputes:** As required by the Scheduling Order and by Federal Rule of Civil Procedure 26(f) and Local Civil Rule 7(m), the parties agree to confer in good faith to attempt to resolve any discovery dispute before bringing it to the Court's attention.

6. **Motions:** The Parties agree that all *Daubert* motions, motions to exclude experts or expert testimony, and motions in limine shall be filed not later than two (2) weeks prior to the start of trial. In advance of a hearing date on such motions, the Parties shall prepare and submit a proposed briefing schedule.

**Respectfully submitted,**

Dated: August 8, 2022                     *s/* Daniel Hornal (D.C. Bar No. 1005381)
                                          TALOS LAW
                                          527 Lyla Lane
                                          Bellingham, WA 98225
                                          (202) 709-9662
                                          daniel@taloslaw.com

                                          */Counsel for Plaintiff, Alexandra McCabe*

                                          */s/ Philip L. Hirschhorn*
                                          Philip L. Hirschhorn
                                          Erin M. Dunston
                                          PANITCH SCHWARZE BELISARIO & NADEL LLP
                                          Two Commerce Square
                                          2001 Market Street, Suite 2800
                                          Philadelphia, PA 19103-7044
                                          Tel: (215) 965-1330
                                          Fax: (215) 965-1331
                                          phirschhorn@panitchlaw.com
                                          edunston@panitchlaw.com

                                          **Counsel for Defendant, Sally Albright**