IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALEXANDRA TARA MCCABE,<br><br>*Plaintiff,*<br><br>v.<br><br>SALLY ALBRIGHT and<br>JOHN DOES 1-20,<br><br>*Defendants.* | Civil Action No. 1:21-cv-368-CKK |

## MOTION FOR A CONTINUANCE OF DISCOVERY STATUS CONFERENCE

Defendant Sally Albright, by undersigned counsel, makes this motion for continuance of the Discovery Conference scheduled for August 24, 2022 at 3:00 pm.  Defendant recognizes that paragraph 7 of ECF 4 (Order Establishing Procedures for Cases Assigned to the Court), generally requires submission of a motion 4 days before the event.  Here, Plaintiff failed to provide the substance of her complaints concerning discovery, much less a draft of the paper that she intended to submit to the Court on the Court's schedule, i.e., by August 17, 2022.  Defendant is under no obligation to force Plaintiff to follow through on supposed discovery complaints against Defendant.  Rather than engage in something like a meet-and-confer, Plaintiff simply submitted a "letter" to the Court and to Defendant by email at 2:51 am this (Monday) morning, August 22, 2022.  Prior to that and since the Court's telephonic conference on July 25, 2022, Defendant received no writing or other documentation of the supposed discovery disputes from Plaintiff.  Prior to that conference, the parties had a general discussion regarding discovery and a general discussion regarding supposed issues with interrogatory responses.  At no point since has Plaintiff provided something that could be discussed between Defendant and counsel.  Moreover, Plaintiff's counsel failed to provide anything in advance of his submission to the Court this

morning.  Plaintiff's failure to seek out Defendant's counsel and provide a draft of its supposed discovery issues to allow for a joint response to the Court falls squarely and only on Plaintiff's shoulders.

For these reasons, Defendant respectfully requests that Plaintiff's requested discovery conference be continued for at least one week (and at the convenience of the Court) to allow Defendant and counsel to discuss the matters raised in Plaintiff's email attachment and provide a proper response to the Court.  Defendant has not requested an extension for this matter previously.  Defendant requested an extension of the telephonic hearing scheduled in May to allow time to retain counsel (which she did).

The requested continuance will not affect any other dates on the schedule.

Defendant emailed Plaintiff's counsel to determine whether he consents to or opposes the motion by email at 10:57 AM ET.  As of this filing, Plaintiff has not responded.

                                        Respectfully submitted,

Dated: August 22, 2022           */s/ Philip L. Hirschhorn*
                                            Philip L. Hirschhorn
                                            Panitch Schwarze Belisario & Nadel LLP
                                            Two Commerce Square
                                            2001 Market Street, Suite 2800
                                            Philadelphia, PA 19103-7044
                                            Tel: (215) 965-1330
                                            Fax: (215) 965-1331
                                            phirschhorn@panitchlaw.com

                                            ***Counsel for Defendant***