### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alexandra Tara McCabe | ) |
| | ) |
| PLAINTIFF | ) Civil Action No. 21-cv-368 |
| vs. | ) |
| | ) |
| Sally Albright *et al.* | ) **OPPOSITION TO MOTION FOR A** |
| | ) **CONTINUENCE** |
| DEFENDANTS | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## <u>OPPOSITION TO MOTION FOR A CONTINUENCE</u>

Plaintinff, through counsel, opposes Defendant's request for a continuance. The parties have already had a telephonic meet and confer on the issues outlined in Plaintiff's informal outline of the issues under dispute outlined in plaintiff's informal submission to chambers, attached as Exhibit 1. When the undersigned explained during their meet-and-confer the reasons the outlined reasons why Ms. McCabe needed the informaiton requested in discovery (as explained in the submission to chambers) opposing counsel simply repeated that he did not see why it was relevant. This is why the parties, at the initial scheduling conference, requested the court's intervention to help resolve the dispute.

The undersigned understood the court's miniute order as requiring that each party submit their own summary to chambers. *See* Dkt. 18 ("Additionally, the parties shall each provide a brief summary of the discovery dispute via email to Chambers…") However, counsel for Defendant appears to have a different interpretation, believing a joint submission was required. Perhaps this is why counsel for Defendant expected Plaintiff to reach out to them before submitting the dispute request to chambers.

Plaintiff opposes the request for a continuance because, other than the links to public third-party investigations which support the Plaintiffs' assertion that Ms. McCabe is running networks of inauthetic Twitter accounts, there was nothing in Plaintiff's submission to chambers that is new to Defendant, and given that Defendant's basis for refusing the request was relevance, there is nothing that would require counsel for Defendant to confer again with his client. This is a legal dispute.

If the court grants the Defendant's request for a continance, Plaintiff respectfully requests that the continuance be as short as possible. The initial issues which are the subject of Plaintiffs' first discovery requests will require significant followup to fully develop.

Respectfully submitted,

_____/s/_____
Daniel Hornal
D.C. Bar No. 1005381
Talos Law
527 Lyla Ln
Bellingham, WA 98225
(202) 709-9662
Daniel@taloslaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2022, a copy of the foregoing motion was filed via CM/ECF upon the court and all necessary parties.

_____/s/_____
Daniel Hornal
DC Bar #1005381
Talos Law
527 Lyla Ln
Bellingham, WA 98225
(202) 709-9662
daniel@taloslaw.com