# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alexandra Tara McCabe )<br>)<br>PLAINTIFF )<br>vs. )<br>)<br>Sally Albright )<br>)<br>DEFENDANTS )<br>)<br>)<br>) | Civil Action No. 21-cv-368<br><br>**MOTION TO EXTEND** |

### CONSENT MOTION TO EXTEND DEADLINE FOR FILING MOTION TO COMPEL

The parties are in negotiation with the hopes of narrowing the issues or avoiding entirely the need for filing a motion to compel on the issues discussed in this court's 9/1/22 order (Dkt. 27). For this good cause shown, Plaintiff requests that the deadline for the motion to compel be extended by 7 days. Defendant consents.

Respectfully submitted,

_____/s/_____
Daniel Hornal
D.C. Bar No. 1005381
Talos Law
527 Lyla Ln
Bellingham, WA 98225
(202) 709-9662
Daniel@taloslaw.com

Attorney for Plaintiff

## **MEMORANDUM IN SUPPORT OF MOTION TO EXTEND DEADLINE FOR FILING MOTION TO COMPEL**

1. Fed. R. Civ. P. 6

2. The inherent power of this court.

                                            Respectfully submitted,

                                            _____/s/_____
Daniel Hornal
D.C. Bar No. 1005381
Talos Law
527 Lyla Ln
Bellingham, WA 98225
(202) 709-9662
Daniel@taloslaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2022, a copy of the foregoing motion was filed via CM/ECF upon the court and all necessary parties.

_____/s/_____
Daniel Hornal
DC Bar #1005381
Talos Law
527 Lyla Ln
Bellingham, WA 98225
(202) 709-9662
daniel@taloslaw.com