**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Alexandra Tara McCabe | ) |
| | ) |
| PLAINTIFF | ) |
| vs. | ) Civil Action No. 21-cv-368 |
| | ) |
| Sally Albright | ) |
| | ) **MOTION TO EXTEND** |
| DEFENDANTS | ) |
| | ) |
| | ) |
| | ) |

## <u>CONSENT MOTION TO CANCEL BRIEFING SCHEDULE FOR MOTION TO COMPEL</u>

Considerable progress has been made on negotiations to avoid the need for a motion to compel, and for that reason the motion is not yet ripe for consideration. The dispute is likely to be narrowed further with further discussions. Therefore, the parties request that the briefing schedule for the motion to compel be canceled for the time being. If court intervention is necessary in this dispute, parties will contact chambers as required by this the standing order.

Respectfully submitted,

_____/s/_____
Daniel Hornal
D.C. Bar No. 1005381
Talos Law
527 Lyla Ln
Bellingham, WA 98225
(202) 709-9662
Daniel@taloslaw.com

Attorney for Plaintiff

## **MEMORANDUM IN SUPPORT OF MOTION TO CANCEL THE BRIEFING SCHEDULE FOR MOTION TO COMPEL**

1. Fed. R. Civ. P. 6

2. The inherent power of this court.

Respectfully submitted,

_____/s/_____
Daniel Hornal
D.C. Bar No. 1005381
Talos Law
527 Lyla Ln
Bellingham, WA 98225
(202) 709-9662
Daniel@taloslaw.com

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2022, a copy of the foregoing motion was filed via CM/ECF upon the court and all necessary parties.

_____/s/_____
Daniel Hornal
DC Bar #1005381
Talos Law
527 Lyla Ln
Bellingham, WA 98225
(202) 709-9662
daniel@taloslaw.com