**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Alexandra Tara McCabe<br><br>PLAINTIFF<br>vs.<br><br>Sally Albright<br><br>DEFENDANT | Civil Action No. 21-cv-368<br><br>**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION** |

**<u>Plaintiffs first set of requests for admissions</u>**

Please admit the following.

1. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000001
2. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000002
3. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000003
4. Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000004
5. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000005
6. Ms. Albright posted the tweet "Also I can't read the whole thing myself, so I need volunteers to join me" by @SilentAmuse reproduced in discovery as Albright-Violation 000006
7. Ms. Albright posted the tweet "If me buying it once stops 100 other people from bying it, it's money well spent" by @SilentAmuse reproduced in discovery as Albright-Violation 000007
8. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000008
9. [Reserved]
10. Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000010
11. Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000011
12. Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000012

13. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000013
14. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000014
15. Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000015
16. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000016
17. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000017
18. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000018
19. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000019
20. Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000020
21. Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000021
22. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000022
23. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000023
24. Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000024
25. Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000025
26. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000026
27. Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000027
28. Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000028
29. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000029
30. Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000030
31. Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000031
32. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000032
33. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000033
34. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000034
35. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000035
36. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000036

37. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000037
38. Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000038
39. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000039
40. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000040
41. Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000041
42. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000042
43. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000043
44. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000044
45. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000045
46. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000046
47. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000047
48. Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000048
49. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000049
50. Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000050
51. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000051
52. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000052
53. Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000053
54. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000054
55. Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000055
56. Albright-Violation 000056 is an accurate reproduction of @SilentAmuse's twitter bio as of October 27, 2020.
57. Albright-Violation 000057 is an accurate reproduction of @GetBack2Brunch's twitter bio as of October 27, 2020.
58. Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000058
59. Ms. Albright read the tweets by @LawTalos reproduced in discovery as Albright-Violation 000059 on or about May 29, 2021
60. Ms. Albright read the tweets by @LawTalos reproduced in discovery as Albright-Violation 000060 on or about May 29, 2021

61. Ms. Albright read the tweets by @LawTalos reproduced in discovery as Albright-Violation 000061 on or about May 29, 2021
62. Ms. Albright read the tweets by @LawTalos reproduced in discovery as Albright-Violation 000062 on or about May 29, 2021
63. Ms. Albright deleted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000059.
64. Ms. Albright organized a live reading on Facebook of sections of Tara Reade's book on Facebook on October 27, 2020.
65. From October 25, 2020 until May 30, 2021, Ms. Albright controlled the account @SilentAmuse on twitter
66. Ms. Albright does not claim that anyone else had access to post on the account @SilentAmuse between October 25, 2020 until May 30, 2021.

Respectfully submitted,

_____/s/_____
Daniel Hornal
D.C. Bar No. 1005381
Talos Law
527 Lyla Ln
Bellingham, WA 98225
(202) 709-9662
Daniel@taloslaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2023, a copy of the foregoing discovery requests were served upon counsel for defendant at phirschhorn@panitchlaw.com.

_____/s/_____
Daniel Hornal
DC Bar #1005381
Talos Law
527 Lyla Ln
Bellingham, WA 98225
(202) 709-9662
daniel@taloslaw.com