IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRA TARA MCCABE, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| *v.* | )   Civil Action No. 1:21-cv-368-CKK |
| | ) |
| SALLY ALBRIGHT and | ) |
| JOHN DOES 1-20, | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

**DEFENDANT SALLY ALBRIGHT'S RESPONSES AND OBJECTIONS TO
PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS (NOS. 1-66)**

Pursuant to Fed. R. Civ. P. 36, the Local Rules of the United States District Court for the District of Columbia (the 'Local Rules'), Judge Colleen Kollar-Kotelly's Individual Practices in Civil Cases (the "Individual Rules"), Sally Albright ("Defendant") hereby serves the following responses to Alexandra Tara McCabe's ("Plaintiff") First Set of Requests for Admissions ("Requests") to Defendant Sally Albright (Nos. 1-66).

## GENERAL OBJECTIONS

1.      Defendant objects to the Requests to the extent they purport to call for the disclosure of information beyond that which is authorized or contemplated by the Federal Rules of Civil Procedure.

2.      Defendant objects to the Requests to the extent they are overbroad, unduly burdensome, vague, unintelligible, and seek information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

3.      Defendant objects to the Requests to the extent they call for the disclosure of information and/or the identification of documents that are protected by the attorney-client

privilege, work product immunity, and/or any other applicable privilege or immunity, or otherwise protected or protectable from discovery.

4.      Defendant objects to the Requests to the extent they are vague or ambiguous and therefore require subjective judgment on the part of Defendant as to what information is requested.

5.      Defendant's responses to the Requests are without waiver or limitation of its right to object on any available evidentiary grounds to the use at trial or at any hearing of any information or documents provided or referred to in its responses.

6.      Defendant objects to each request due to the prejudicial use of the Bates scheme prepared by Plaintiff.  The use of "Albright-Violation" is an effort to prejudge the allegations, and Defendant will neither admit nor deny any admission request where the documents are so identified.

7.      The foregoing General Objections are to be incorporated by reference into each of the following answers.

## REQUESTS FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000001.

**RESPONSE:**  See general objection 6.  In addition, denied.

**REQUEST FOR ADMISSION NO. 2:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000002.

**RESPONSE:**  See general objection 6.  Admitted that the post by Silent Amuse on October 27, 2020 was by Defendant and states: "If me buying it once stops other people from buying it, it's money well spent."

**REQUEST FOR ADMISSION NO. 3:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000003.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 4:** Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000004.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 5:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000005.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 6:** Ms. Albright posted the tweet "Also I can't read the whole thing myself, so I need volunteers to join me" by @SilentAmuse reproduced in discovery as Albright-Violation 000006.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 7:** Ms. Albright posted the tweet "If me buying it once stops 100 other people from buying it, it's money well spent" by @SilentAmuse reproduced in discovery as Albright-Violation 000007.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 8:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000008.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 9:** [Reserved]

**RESPONSE:**  No response required.

**REQUEST FOR ADMISSION NO. 10:** Ms. Albright posted the tweets by @SilentAmuse

reproduced in discovery as Albright-Violation 000010.

**RESPONSE:**  See general objection 6.  Admitted that Defendant posted "Yes!!" and "I can't find any info though.".

**REQUEST FOR ADMISSION NO. 11:** Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000011.

**RESPONSE:**  See general objection 6.  This RFA is duplicative of prior RFAs.

**REQUEST FOR ADMISSION NO. 12:** Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000012.

**RESPONSE:**  See general objection 6.  The RFA is duplicative of prior RFAs.

**REQUEST FOR ADMISSION NO. 13:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000013.

**RESPONSE:**  See general objection 6.  The RFA is duplicative of prior RFAs.

**REQUEST FOR ADMISSION NO. 14:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000014.

**RESPONSE:**  See general objection 6.  Admitted that Defendant posted "I think we had some reals stars reading last night!!"

**REQUEST FOR ADMISSION NO. 15:** Ms. Albright posted the tweets by @SilentAmuse reproduced in discovery as Albright-Violation 000015.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 16:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000016.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 17:** Ms. Albright posted the tweet by @SilentAmuse

4

reproduced in discovery as Albright-Violation 000017.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 18:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000018.

**RESPONSE:**  See general objection 6.  This RFA is duplicative of prior RFAs.

**REQUEST FOR ADMISSION NO. 19:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000019.

**RESPONSE:**  See general objection 6.  This RFA is duplicative of prior RFAs.

**REQUEST FOR ADMISSION NO. 20:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000020.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 21:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000021.

**RESPONSE:**  See general objection 6.  This RFA is duplicative of prior RFAs.

**REQUEST FOR ADMISSION NO. 22:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000022.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 23:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000023.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 24:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000024.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 25:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000025.

**RESPONSE:** See general objection 6.  Admitted that Defendant posted "Jump on!! We're reading from Tara's book!!" and "It's really dreadful.  We only got about halfway through."

**REQUEST FOR ADMISSION NO. 26:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000026.

**RESPONSE:** See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 27:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000027.

**RESPONSE:** See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 28:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000028.

**RESPONSE:** See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 29:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000029.

**RESPONSE:** See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 30:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000030.

**RESPONSE:** See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 31:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000031.

**RESPONSE:** See general objection 6.  The RFA is duplicative of prior RFAs.

**REQUEST FOR ADMISSION NO. 32:** Ms. Albright posted the tweet by @SilentAmuse

reproduced in discovery as Albright-Violation 000032.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 33:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000033.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 34:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000034.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 35:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000035.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 36:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000036.

**RESPONSE:** See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 37:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000037.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 38:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000038.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 39:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000039.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 40:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000040.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 41:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000041.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 42:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000042.

**RESPONSE:**  See general objection 6.  The RFA is duplicative of prior RFAs.

**REQUEST FOR ADMISSION NO. 43:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000043.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 44:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000044.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 45:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000045.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 46:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000046.

**RESPONSE:**  See general objection 6.  Denied as not relevant to this dispute.

**REQUEST FOR ADMISSION NO. 47:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000047.

**RESPONSE:**  See general objection 6.  The RFA is duplicative of prior RFAs.

**REQUEST FOR ADMISSION NO. 48:**  Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000048.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 49:**  Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000049.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 50:**  Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000050.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 51:**  Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000051.

**RESPONSE:**  See general objection 6.  Admitted.

**REQUEST FOR ADMISSION NO. 52:**  Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000052.

**RESPONSE:**  See general objection 6.  The RFA is duplicative of prior RFAs.

**REQUEST FOR ADMISSION NO. 53:**  Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000053.

**RESPONSE:**  See general objection 6.  The RFA is duplicative of prior RFAs.

**REQUEST FOR ADMISSION NO. 54:**  Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000054.

**RESPONSE:**  See general objection 6.  The RFA is not relevant to this dispute.

**REQUEST FOR ADMISSION NO. 55:**  Ms. Albright posted the tweet by @SilentAmuse

reproduced in discovery as Albright-Violation 000055.

**RESPONSE:**  See general objection 6.  The RFA is not relevant to this dispute.

**REQUEST FOR ADMISSION NO. 56:** Albright-Violation 000056 is an accurate reproduction of @SilentAmuse's twitter bio as of October 27, 2020.

**RESPONSE:**  Denied.  Nothing indicates the asserted date.

**REQUEST FOR ADMISSION NO. 57:** Albright-Violation 000057 is an accurate reproduction of @GetBack2Brunch's twitter bio as of October 27, 2020.

**RESPONSE:**  Denied as irrelevant to the issues in his case.

**REQUEST FOR ADMISSION NO. 58:** Ms. Albright posted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000058.

**RESPONSE:**  See general objection 6.  The RFA is not relevant to this dispute.

**REQUEST FOR ADMISSION NO. 59:**  Ms. Albright read the tweets by @LawTalos reproduced in discovery as Albright-Violation 000059 on or about May 29, 2021.

**RESPONSE:**  See general objection 6.  The RFA is not relevant to this dispute.

**REQUEST FOR ADMISSION NO. 60:**  Ms. Albright read the tweets by @LawTalos reproduced in discovery as Albright-Violation 000060 on or about May 29, 2021.

**RESPONSE:**  Denied.  See general objection 6.  The RFA is not relevant to this dispute.

**REQUEST FOR ADMISSION NO. 61:**  Ms. Albright read the tweets by @LawTalos reproduced in discovery as Albright-Violation 000061 on or about May 29, 2021.

**RESPONSE:**  Denied.  See general objection 6.  The RFA is not relevant to this dispute.

**REQUEST FOR ADMISSION NO. 62:**  Ms. Albright read the tweets by @LawTalos reproduced in discovery as Albright-Violation 000062 on or about May 29, 2021.

**RESPONSE:**  See general objection 6.  The RFA is not relevant to this dispute.

**REQUEST FOR ADMISSION NO. 63:** Ms. Albright deleted the tweet by @SilentAmuse reproduced in discovery as Albright-Violation 000059.

**RESPONSE:**  Denied.

**REQUEST FOR ADMISSION NO. 64:**  Ms. Albright organized a live reading on Facebook of sections of Tara Reade's book onFacebook on October 27, 2020.

**RESPONSE:**  Denied, except admitted that portions of the book were read as part of a more general discussion about the factual inaccuracy of the text.

**REQUEST FOR ADMISSION NO. 65:**  From October 25, 2020 until May 30, 2021, Ms. Albright controlled the account @SilentAmuseon twitter.

**RESPONSE:**  Admitted.

**REQUEST FOR ADMISSION NO. 66:** Ms. Albright does not claim that anyone else had access to post on the account @SilentAmusebetween October 25, 2020 until May 30, 2021.

**RESPONSE:**  Admitted.


Dated: March 16, 2023                              PANITCH SCHWARZE BELISARIO
                                                   & NADEL LLP

                                                   */s/ Philip L. Hirschhorn*

                                                   Philip L. Hirschhorn
                                                   Erin M. Dunston
                                                   Two Commerce Square
                                                   2001 Market Street, Suite 2800
                                                   Philadelphia, PA 19103-7044
                                                   Tel: (215) 965-1330
                                                   Fax: (215) 965-1331
                                                   phirschhorn@panitchlaw.com
                                                   edunston@panitchlaw.com

                                                   ***Counsel for Defendant Sally Albright***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 16, 2023, I caused copies of the foregoing DEFENDANT

SALLY ALBRIGHT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF

REQUESTS FOR ADMISSIONS to be served on the following by electronic mail.


Daniel Hornal (D.C. Bar No. 1005381)
TALOS LAW
527 Lyla Lane
Bellingham, WA 98225
(202) 709-9662
daniel@taloslaw.com

***Counsel for Plaintiff***


/s/ Philip L. Hirschhorn
Philip L Hirschhorn

***Counsel for Defendant Sally Albright***