IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alexandra Tara McCabe | ) |
| | ) |
| PLAINTIFF | ) |
| vs. | ) Civil Action No. 21-cv-368 |
| | ) |
| Sally Albright | ) |
| | ) **Correspondence regarding Plaintiffs'** |
| | ) **requests for admission** |
| DEFENDANT | ) |
| | ) |
| | ) |

Dear Mr. Hirschhorn,

I'm writing to clarify some of Ms. Albright's responses to plaintiffs' first set of requests for admission. Your "General objection 6" is noted, and if necessary the bates numbering of plaintiffs' document production can be discussed at the pretrial conference.

I do not understand why you did not respond to the screenshots you claimed were "duplicative." Often, there is additional text not in previous RFAs. Additionally, the screenshots show the threading and sequencing of the messages, which is important for the jury to understand. Plaintiff has multiple copies of some tweet and the screenshots were taken on different devices, and plaintiff may wish to introduce any version to the jury, so it is important to authenticate each version. Finally, answering the RFAs was less work than objecting to them, so it is perplexing why under those circumstances you would choose the less cooperative route. Please amend the nonresposive answers, or explain why you will not.

Plaintiff makes the following specific requests for clarification:

1) In response to RFA 10, you wrote "Admitted that Defendant posted "Yes!!" and "I can't find any info though."." Albright-Violation 10 also contains the following text, attributed to Sally Albright: "I'm going to buy Tara Reade's book and READ IT OUT LOUD on Facebook Live! (after I talk to my lawyer and make sure it doesn't violate my cease and desist") Spread the word – no need to buy it." Does Ms. Albright admit or deny posting this text?

2) In response to RFA 11, you made a duplicitiveness objection. Albright-Violation 000011 contains the additional text "Also I can't read the whole thing myself, so I need volunteers to join me."  Does Ms. Albright admit or deny posting this text?

3) In response to RFA 12, you made a duplicitiveness objection. Albright-Violation 000012 contains the additional text "If me buying it once stops 100 other people from buying it, it's money well spent." Does Ms. Albright admit or deny posting this text?

4) In response to RFA 46, you wrote "Denied as not relevant to this dispute." Relevancy objections must be supported by some reasoning. "Kevin" was one of the persons on the FB Live reading, and information about his identity is obviously information "reasonably calculated to lead to the discovery of relevant information." Please admit or deny this RFA.

5) In response to RFA 53, you made a duplicitiveness objection. Albright-Violation 000053 contains the tweet in context. Please admit or deny this RFA.

6) In response to RFA 55, you made a relevance objection. Ms. Albright's state of mind is obviously relevant to this case. Please admit or deny this RFA.

7) In response to RFA 56, you wrote "Nothing indicates the asserted date." Nobody asked if the screenshot contains the date, rather, your client was asked if this accurately reflects Ms. Albright's twitter bio as of the date indicated. Please admit or deny the question posed in the RFA.

8) In response to RFA 57, you made a relevance objection. Ms. Albright's ownership of various twitter accounts and her paid political activities are reasonably calculated to lead to the discovery of relevant information. Please admit or deny this RFA without objection.

9) In response to RFAs 58-62, you made a relevance objection. The tweets in question are literally about this lawsuit. It also relates to plaintiffs' claim for compensation for the costs of service. You objection is frivolous. Please admit or deny these RFAs without objection.

If you do not unconditionally admit or deny each RFA as requested, we will need to have a discovery conference. I am available 4/10, 4/11 and 4/12 at 3pm eastern time. Please let me know which of these dates works for you, or propose your own dates.

Thank you,

_____/s/_____
Daniel Hornal
DC Bar #1005381
Talos Law
615 E Chestnut St.
Bellingham, WA 98225
(202) 709-9662
daniel@taloslaw.com