IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRA TARA MCCABE, | ) |
| *Plaintiff,* | ) ) ) |
| *v.* | ) Civil Action No. 1:21-cv-368-CKK ) ) |
| SALLY ALBRIGHT | ) ) |
| *Defendant.* | ) ) ) |

### Certification

Plaintiff requested consent to this motion. Defendant did not consent.

### MOTION TO SUBSTITUTE PARTY

Plaintiff Alexandra Tara McCabe has transferred the copyright on the work that is the subject of this case, and has assigned this claim to her daughter, Michaela McCabe, who has accepted the transfer and assignment. In accordance with Fed. R. Civ. P. 25 (c), Plaintiff Alexandra Tara McCabe requests that Michaela McCabe be substituted as a party in place of Alexandra Tara McCabe.  Michaela McCabe has retained the undersigned to represent her.

With Alexandra Tara McCabe having no remaining interest in this litigation, Plaintiff requests that she be dismissed. Ms. McCabe is currently traveling internationally and has no immediately plans to return to the United States. Her only roles in this case was as the copyright holder, and as a witness to Defendant's infringing tweets. Defendant, through counsel, has finally admitted to making these tweets, so there is now simply no role for Ms. Alexandra Tara McCabe to play in this litigation, as a witness or otherwise.

Additionally, Defendant has refused to sit for a deposition because of Alexandra Tara

MacCabe's absence from the country. While Plaintiff maintains that Defendant's refusal to sit for a deposition is a blatant violation of the discovery rules with no basis in law, this substitution will eliminate any argument that may have existed on this litigation because of Alexandra Tara McCabe's absence from the country.

      Therefore, in the interests of justice, judicial economy and simplicity, Plaintiff requests that this motion be granted.

      Respectfully submitted,

_____/s/_____
Daniel Hornal
D.C. Bar No. 1005381
Talos Law
527 Lyla Ln
Bellingham, WA 98225
(202) 709-9662
Daniel@taloslaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 21, 2023, a copy of the foregoing motion was filed via CM/ECF upon the court and all necessary parties.

                                                                                         _____/s/_____
                                                                               Daniel Hornal
                                                                               DC Bar #1005381
                                                                               Talos Law
                                                                               527 Lyla Ln
                                                                               Bellingham, WA 98225
                                                                              (202) 709-9662
                                                                               daniel@taloslaw.com