EXHIBIT B

EXHIBIT D

| | |
|---|---|
| **From:** | Philip Hirschhorn |
| **To:** | Daniel Hornal |
| **Bcc:** | 689945_0001__SALLY ALBRIGHT__ALEXANDRA TARA MCCABE V__SALLY ALBRIGHT ET AL_E_Mails |
| **Subject:** | RE: Transfer of interest / substitution of party |
| **Date:** | Friday, July 21, 2023 6:57:04 AM |

Daniel,

We have considered your request, and it leaves us in the same position as before.  Your client (Ms. McCabe) has made herself unavailable.  You have refused to bring her back to the United States for deposition.  It appears that this transfer of ownership is simply a way to deflect that problem.  Given the current situation with your client's "defection" to Russia, that she is seeking expedited Russian citizenship, and that she has no intention of returning to the U.S., my client cannot agree to the substitution at this time in the case.

Regards,

Phil

Philip L. Hirschhorn, Partner | Panitch Schwarze Belisario & Nadel LLP | 215-965-1257

-----Original Message-----
From: Philip Hirschhorn
Sent: Thursday, July 20, 2023 9:12 AM
To: Daniel Hornal <daniel@taloslaw.com>
Subject: RE: Transfer of interest / substitution of party

Dear Daniel,

Same answer as yesterday re the Court.  I have had no further communication.

With respect to your second question, I have to think it over.

Regards,

Phil

Philip L. Hirschhorn, Partner | Panitch Schwarze Belisario & Nadel LLP | 215-965-1257

-----Original Message-----
From: Daniel Hornal <daniel@taloslaw.com>
Sent: Thursday, July 20, 2023 3:24 AM
To: Philip Hirschhorn <phirschhorn@panitchlaw.com>
Subject: Transfer of interest / substitution of party

External Email: USE CAUTION.


Dear Phil,

Did you ever hear from the court on scheduling our conference?

Tara has transferred her interest in this litigation and ownership of the copyright to her daughter, Michaela McCabe. I will be representing Michaela. I am filing a motion to substitute parties under Rule 25 and to dismiss Tara from the litigation. Please let me know if you consent.

Thanks,

--
Daniel Hornal
Talos Law
https://urldefense.proofpoint.com/v2/url?u=http-3A__www.taloslaw.com&d=DwICaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=qr9_F68GRVZhHC4j-fpzFrx4CMtlFF0gKYIWEDzilko&m=0HqhCxmyOYDdfJ3IOcrfx72J9cBf1MWDQ0oDAd_q5_QTAO8OHm3bY5rFHnGfxEKf&s=5XLwplOL4S5U2yL-yrK0Qi2qvK4IShMlTcbPpH40xjM&e=
(202) 709-9662

Admitted to practice in Washington D.C. and Washington State

The information contained in this e-mail message is intended for the personal and confidential use of the designated recipient(s) named in the address box. Do NOT forward this message to any third party. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please notify us immediately by telephone; delete this message from all your files; and return any printouts you may have made to us by regular mail.