# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alexandra Tara McCabe | ) |
| PLAINTIFF | ) |
| vs. | ) Civil Action No. 21-cv-368 |
| Sally Albright | ) |
| DEFENDANTS | ) **MOTION TO EXTEND** |

## UNOPPOSED MOTION TO EXTEND TIME TO OPPOSE DEFENDANT'S MOTION FOR SANCTIONS

Due to a significant workload this week, attorney for Plaintiff has been unable to complete the opposition to Defendant's Motion for Sanctions. Plaintiff will file it as soon as possible, and formally requests that the court extend the deadline to respond until Sunday, August 6. Defendant "takes no position" on this motion. No party would be prejudiced by granting this request.

Respectfully submitted,

_____/s/_____
Daniel Hornal
D.C. Bar No. 1005381
Talos Law
615 E Chestnut St.
Bellingham, WA 98225
(202) 709-9662
Daniel@taloslaw.com

Attorney for Plaintiff

## MEMORANDUM IN SUPPORT OF MOTION TO EXTEND DEADLINE TO OPPOSE DEFENDANT'S MOTION FOR SANCTIONS

1. Fed. R. Civ. P. 6

2. The inherent power of this court.

Respectfully submitted,

_____/s/_____
Daniel Hornal
D.C. Bar No. 1005381
Talos Law
615 E Chestnut St.
Bellingham, WA 98225
(202) 709-9662
Daniel@taloslaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on 8/4/2023, a copy of the foregoing motion was filed via CM/ECF upon the court and all necessary parties.

                                                          _____/s/_____
                                                   Daniel Hornal
                                                   DC Bar #1005381
                                                   Talos Law
                                                 615 E Chestnut St.
                                                 Bellingham, WA 98225
                                                 (202) 709-9662
                                                 daniel@taloslaw.com