IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alexandra Tara McCabe <br><br> PLAINTIFF <br> vs. <br><br> Sally Albright *et al.* <br><br> DEFENDANTS | ) <br> ) <br> ) Civil Action No. 21-cv-368 (CKK) <br> ) <br> ) <br> ) **AFFIDAVIT** <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT

I, Tara Reade, being over 18 years of age and of sound mind, swear the following.

1. I am writing to respond to the questions posed in the Court's 7/27/2023 Minute Order.

2. I do not plan nor desire to give up my United States Citizenship.

3. If I were to give up my citizenship, I would become a stateless person.

4. I hope to become a duel citizen of the United States and Russia.

5. I had always intended to give the proceeds from this lawsuit, if any, to my daughter.

6. I transferred the copyright at issue in this case to my daughter to eliminate any difficulties that might arise from my absence, should it continue through the date of trial.

7. My only role in the litigation was that I held the copyright that the defendant violated.

I swear under penalty of perjury that the foregoing is true.

_[signature]_                                              08/04/23

Tara Reade                                                  Date