



**Exhibit 3, Tweets**