UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRA TARA MCCABE,<br>Plaintiff<br>v.<br>SALLY ALBRIGHT, *et al.*,<br>Defendants. | Civil Action No. 21-368 (CKK) |

**ORDER**
(September 1, 2023)

It is this 1st day of September, 2023, hereby

**ORDERED** that Plaintiff's [30] Motion for Sanctions and Defendant's [32] Motion for Sanctions are **REFERRED** to a magistrate judge for resolution pursuant to Local Rule of Civil Procedure 72.2(a) & (b). It is further

**ORDERED**, that the close of discovery is extended to **December 22, 2023**. It is further

**ORDERED**, that Plaintiff's [31] Motion to Substitute Party is **HELD IN ABEYANCE** pending resolution of the [30] and [32] Motions.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge