# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAELA MCCABE and ALEXANDRA TARA MCCABE | )<br>)<br>) |
| *Plaintiff,* | ) Civil Action No. 1:21-cv-368-CKK |
| *v.* | ) |
| SALLY ALBRIGHT | ) |
| *Defendant.* | ) |

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE

The parties are still waiting for Magistrate Judge Zia Faruqui to resolve the pending discovery motions (Dkt. 30 and 32) and for the court to resolve plaintiff's motion to substitute parties (Dkt. 31). Additionally, the hearing is scheduled for 8 A.M., which is 5 A.M. Pacific time, where Ms. McCabe's attorney is based. It is difficult to be ready for court so early.

The parties respectfully request that the conference be continued until all pending motions are resolved.

Respectfully submitted,

_____/s/_____
Daniel Hornal
D.C. Bar No. 1005381
Talos Law
527 Lyla Ln
Bellingham, WA 98225
(202) 709-9662
Daniel@taloslaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2024, a copy of the foregoing motion was filed via CM/ECF upon the court and all necessary parties.

                                                                                                           _____/s/_____
Daniel Hornal
DC Bar #1005381
Talos Law
527 Lyla Ln
Bellingham, WA 98225
(202) 709-9662
daniel@taloslaw.com