

PHILIP L. HIRSCHHORN
TEL: (215) 965-1257
phirschhorn@panitchlaw.com

March 15, 2024

**VIA ECF**

Hon. Colleen Kollar-Kotelly
United States District Judge
United Stated District Court for the
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:   *McCabe v. Albright, et al.*, 21-cv-00368-CKK-ZMF
           Joint Status Report Letter

Dear Judge Kollar-Kotelly:

    Pursuant to the Court's February 26, 2024, Minute Order, I provide the following Joint Status Report on behalf of Defendant Sally Albright and, with the consent of Mr. Hornal, Plaintiff Alexandra Tara McCabe.

    The parties have been directed to make their clients available for deposition. Dates have been provided, and the parties anticipate completing the depositions of Plaintiff and Defendant by March 22, 2024.

    Defendant has also been requested to respond to a question regarding Plaintiff's motion, ECF No. 31, to substitute parties. Defendant's position is that a decision on the motion should be reserved until after the current named Plaintiff participates in her deposition. It would be inappropriate to resolve the matter while the Court's Order regarding the deposition remains unsatisfied.

    Please let us know if you have any questions about this analysis or would like to discuss it further.

                              Respectfully submitted,

                              Philip L. Hirschhorn

Cc: Daniel Hornal, Esq. (VIA ECF)