IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRA TARA MCCABE,<br><br>                  Plaintiff,<br>v.<br><br>SALLY ALBRIGHT, et al.,<br><br>                  Defendants. | C.A. No. 1:21-cv-00368 (CKK) (ZMF) |

### STIPULATION OF AND [PROPOSED] ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Alexandra Tara McCabe and Defendant Sally Albright, through their counsel, and subject to the Court's approval, hereby stipulate and agree to the dismissal with prejudice of Plaintiff's claims for copyright infringement in this case.

Each party shall bear its own attorneys' fees and costs.

Dated: _3/24/24__

By: __/s/_____  
Daniel Hornal  
**TALOS LAW**  
527 Lyla Lane  
Bellingham, WA 98225  
daniel@talsolaw.com  

*Attorney for Alexandra Tara McCabe*

By: __/s/_____  
Philip L. Hirschhorn  
**PANITCH SCHWARZE**  
**BELISARIO & NADEL LLP**  
One Commerce Square  
2001 Market Street, Suite 2800  
Philadelphia, PA 19103  
(215) 965-1257  
phirschhorn@panitchlaw.com  

*Attorneys for Defendant Sally Albright*

**SO ORDERED:**

This _____ day of March, 2024.

_____  
The Honorable Colleen Kollar-Kotelly, U.S.D.J.