## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDRA TARA MCCABE,<br>　　Plaintiff,<br>　　v.<br>SALLY ALBRIGHT, et al.,<br>　　Defendants. | Civil Action No. 21-0368 (CKK) |

### ORDER
(March 25, 2024)

In light of the parties' [42] Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 25th day of March, 2024, hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated: March 25, 2024

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　United States District Judge